**No. 56734.**—Amerex Trading Corp. et al. *v.* United States, protests 169764–K, etc. (New York).

Opinion by FORD, J.    The protests were dismissed.

**No. 56735.**—Herzman Scarfs, Inc., et al. *v.* United States, protests 179783–K, etc. (New York).

Opinion by FORD, J.    The protests were dismissed.

BEFORE THE THIRD DIVISION, JUNE 3, 1952

**No. 56736.**—Nanking Co. *v.* United States, protests 178103–K (A) and 178103–K (B) (New York).

Opinion by EKWALL, J.    It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currency involved in the liquidation of the entries for the dates of exportation of the merchandise covered by the entries and that the circumstances relating to the liquidation of the said entries are similar in all material respects to those in Abstract 54732.    In view of this stipulation and following the cited decision it was held that the currency of the invoices should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.